[No. 4636–1. Division One. November 14, 1977.]

FRANCIS G. STEELE, *Respondent,* v. THE CITY OF
MOUNTLAKE TERRACE, *Appellant.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 131210, Paul D. Hansen, J.,
entered March 26, 1976. *Reversed* by unpublished opinion
per Farris, C.J., concurred in by Williams and Andersen,
JJ.

[No. 4988–1. Division One. November 14, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD
THOMAS BRIAND, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 71603, Robert W. Winsor, J., entered August
26, 1976. *Affirmed* by unpublished opinion per James, J.,
concurred in by Callow and Andersen, JJ.

[No. 5114–1. Division One. November 14, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. STUART N.
DONALDSON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 77222, Frank H. Roberts, Jr., J., entered Octo-
ber 15, 1976. *Affirmed* by unpublished opinion per Farris,
C.J., concurred in by Williams and Andersen, JJ.